# Exhibit D

| | |
|---|---|
| From: | Amy Lester-Drew <ALester-Drew@sladlaw.com> |
| Sent: | Thursday, February 27, 2025 1:06 PM |
| To: | Rory Radding; Erica Tritt |
| Cc: | Mandy Sattler; Benjamin Charkow; Emily Sullenberger |
| Subject: | RE: DM Luxury, LLC's Use of MODERN LUXURY NASHVILLE Trademark |

Good afternoon Rory,

As previously stated, my client will not be making any further changes to its Modern Luxury Nashville logo, as we disagree with your client's position that there is a likelihood of confusion.

Additionally, my client is updating all its Modern Luxury magazine mastheads to the same design as the new Modern Luxury Nashville logo:



This will create uniformity across all my client's magazines, forming a stronger connection in consumers' minds between brand and source, and further minimizing any chances of consumer confusion between our clients' respective trademarks.

All Modern Luxury magazines will use this new masthead design in the March 2025 editions, including Modern Luxury San Diego, as seen here: https://mlsandiegomag.com/digital-editions.

In view of the foregoing, my client respectfully declines your client's request for further changes to its Modern Luxury Nashville logo.

Best regards,
Amy


**Amy Lester-Drew**
Associate | The Sladkus Law Group
tel 404.252.0900 | direct 404.719.5085

---

**From:** Rory Radding <RRadding@mabr.com>
**Sent:** Monday, February 24, 2025 5:51 PM
**To:** Amy Lester-Drew <ALester-Drew@sladlaw.com>; Erica Tritt <Erica@sladlaw.com>
**Cc:** Mandy Sattler <mandy@sladlaw.com>; Benjamin Charkow <BCharkow@mabr.com>; Emily Sullenberger <ESullenberger@mabr.com>
**Subject:** RE: DM Luxury, LLC's Use of MODERN LUXURY NASHVILLE Trademark

Amy,

Thank you for forwarding your client's proposed revised "Modern Luxury Nashville" masthead. We appreciate your client's efforts to resolve this matter amicably.

Although my client welcomes fair competition, it does not believe that the proposed modification goes far enough to dispel the likelihood of confusion.

We have reviewed the other mastheads your client has used in its other *Modern Luxury* magazines and believe a more appropriate revised masthead should be similar to the one you have used in connection with your *Modern Luxury San Diego* magazine as shown below:



The above style of masthead draws the consumer's attention to your client's house mark, "Modern Luxury", so that it is the overwhelmingly prominent portion of the mark . Although you note that your client is not open to further discussion, we believe a modification along the lines of what is done in San Diego would resolve this matter in an amicable way and would be much preferred over a costly and distracting litigation.

We look forward to hearing from you.

Regards,
Rory


**Rory Radding**
Partner

15 W. 26th Street
7th Floor
New York, New York 10010
D 212.524.6053
rradding@mabr.com
mabr.com • bio

**From:** Amy Lester-Drew <ALester-Drew@sladlaw.com>
**Sent:** Thursday, February 6, 2025 12:25 PM
**To:** Rory Radding <RRadding@mabr.com>; Erica Tritt <Erica@sladlaw.com>
**Cc:** Mandy Sattler <mandy@sladlaw.com>; Benjamin Charkow <BCharkow@mabr.com>; Emily Sullenberger <ESullenberger@mabr.com>
**Subject:** RE: DM Luxury, LLC's Use of MODERN LUXURY NASHVILLE Trademark

Good afternoon Rory,

Our client advised us that it has updated its MODERN LUXURY NASHVILLE logo, as a concession to appease your client's concerns over the similarities between its NASHVILLE LIFESTYLES mark and my client's MODERN LUXURY NASHVILLE mark.

The new logo is as follows:



As you can see, the term MODERN LUXURY has been significantly enlarged by nearly double, and it is now centered over the term NASHVILLE. Both these changes draw consumers' attention to the term MODERN LUXURY so that it is a more prominent feature of the mark as a whole.

My client will be using this new logo in its March issue of Modern Luxury Nashville magazine, as well as on its websites and other promotional material for the brand.

My client maintains that there was never and still isn't any likelihood of consumer confusion between the respective trademarks, based on, among other reasons, the weakness of the term NASHVILLE in the field and the differences between the respective marks as a whole. Nonetheless, my client is changing its logo as a gesture of goodwill towards your client and in an effort to resolve this dispute. My client is not open to discussing any further changes to its logo in view of your client's tenuous claim.

Please confirm if this resolves this matter for your client.

Kind regards,
Amy


**Amy Lester-Drew**
Associate | The Sladkus Law Group
tel 404.252.0900 | direct 404.719.5085

---

**From:** Rory Radding <RRadding@mabr.com>
**Sent:** Thursday, December 26, 2024 12:46 PM
**To:** Erica Tritt <Erica@sladlaw.com>
**Cc:** Mandy Sattler <mandy@sladlaw.com>; Amy Lester-Drew <ALester-Drew@sladlaw.com>; Benjamin Charkow <BCharkow@mabr.com>; Emily Sullenberger <ESullenberger@mabr.com>
**Subject:** RE: DM Luxury, LLC's Use of MODERN LUXURY NASHVILLE Trademark

Erica,
Thank you for your response . I look forward to your client's response in the new year.
Rory

**Rory Radding**
Partner

15 W. 26th Street
7th Floor
New York, New York 10010
D 212.524.6053
rradding@mabr.com
mabr.com • bio

**maschoff brennan**

---

**From:** Erica Tritt <Erica@sladlaw.com>
**Sent:** Thursday, December 26, 2024 12:37 PM
**To:** Rory Radding <RRadding@mabr.com>
**Cc:** Mandy Sattler <mandy@sladlaw.com>; Amy Lester-Drew <ALester-Drew@sladlaw.com>; Benjamin Charkow <BCharkow@mabr.com>; Emily Sullenberger <ESullenberger@mabr.com>
**Subject:** RE: DM Luxury, LLC's Use of MODERN LUXURY NASHVILLE Trademark

Rory,

Thank you for your time on the phone earlier this week. I briefly connected with my client on Tuesday and he advised that he will not be able to substantively respond until after the new year. Thank you for your patience.

Kind regard,s

**Erica L. Tritt**
Partner | The Sladkus Law Group
1397 Carroll Drive | Atlanta, GA 30318
tel 404.252.0900 | direct 678.402.7812
website | map | email

---

**From:** Rory Radding <RRadding@mabr.com>
**Sent:** Thursday, December 19, 2024 2:17 PM
**To:** Erica Tritt <Erica@sladlaw.com>
**Cc:** Mandy Sattler <mandy@sladlaw.com>; Amy Lester-Drew <ALester-Drew@sladlaw.com>; Benjamin Charkow <BCharkow@mabr.com>; Emily Sullenberger <ESullenberger@mabr.com>
**Subject:** RE: DM Luxury, LLC's Use of MODERN LUXURY NASHVILLE Trademark

Erica,
I updated the Teams invitation to include Amy. She has not accepted yet.
Rory

**Rory Radding**
Partner

15 W. 26th Street
7th Floor
New York, New York 10010
D 212.524.6053

rradding@mabr.com
mabr.com • bio



---

**From:** Erica Tritt <Erica@sladlaw.com>
**Sent:** Thursday, December 19, 2024 2:11 PM
**To:** Rory Radding <RRadding@mabr.com>
**Cc:** Mandy Sattler <mandy@sladlaw.com>; Amy Lester-Drew <ALester-Drew@sladlaw.com>; Benjamin Charkow <BCharkow@mabr.com>; Emily Sullenberger <ESullenberger@mabr.com>
**Subject:** RE: DM Luxury, LLC's Use of MODERN LUXURY NASHVILLE Trademark

Hi Rory,

That works for me, please also send the calendar invite to my colleague Amy Lester-Drew, copied here.

Thanks,

**Erica L. Tritt**
Partner | The Sladkus Law Group
1397 Carroll Drive | Atlanta, GA 30318
tel 404.252.0900 | direct 678.402.7812
website | map | email

---

**From:** Rory Radding <RRadding@mabr.com>
**Sent:** Thursday, December 19, 2024 2:05 PM
**To:** Erica Tritt <Erica@sladlaw.com>
**Cc:** Mandy Sattler <mandy@sladlaw.com>; Amy Lester-Drew <ALester-Drew@sladlaw.com>; Benjamin Charkow <BCharkow@mabr.com>; Emily Sullenberger <ESullenberger@mabr.com>
**Subject:** RE: DM Luxury, LLC's Use of MODERN LUXURY NASHVILLE Trademark

Erica,
How about 11am? I am sending a TEAMS invitation.
Regards,
Rory

**Rory Radding**
Partner

15 W. 26th Street
7th Floor
New York, New York 10010
D 212.524.6053
rradding@mabr.com
mabr.com • bio

**From:** Erica Tritt <Erica@sladlaw.com>
**Sent:** Thursday, December 19, 2024 1:05 PM
**To:** Rory Radding <RRadding@mabr.com>
**Cc:** Mandy Sattler <mandy@sladlaw.com>; Amy Lester-Drew <ALester-Drew@sladlaw.com>; Benjamin Charkow <BCharkow@mabr.com>; Emily Sullenberger <ESullenberger@mabr.com>
**Subject:** RE: DM Luxury, LLC's Use of MODERN LUXURY NASHVILLE Trademark

Hi Rory,

I am available Monday 12/23 between 9am-3pm. Please let me know what time works for you.

Thanks,

**Erica L. Tritt**
Partner | The Sladkus Law Group
1397 Carroll Drive | Atlanta, GA 30318
tel 404.252.0900 | direct 678.402.7812
website | map | email

---

**From:** Rory Radding <RRadding@mabr.com>
**Sent:** Wednesday, December 18, 2024 4:34 PM
**To:** Erica Tritt <Erica@sladlaw.com>
**Cc:** Mandy Sattler <mandy@sladlaw.com>; Amy Lester-Drew <ALester-Drew@sladlaw.com>; Benjamin Charkow <BCharkow@mabr.com>; Emily Sullenberger <ESullenberger@mabr.com>
**Subject:** RE: DM Luxury, LLC's Use of MODERN LUXURY NASHVILLE Trademark

Erica,
I am acknowledging receipt of your November 25, 2024 letter responding to our November 13, 2024 warning letter.
As you may understand, we do not agree with your position.
However, further to your suggestion, I think a further discussion of this matter may be useful for its resolution.
Please advise a couple of dates and times for a call.
Regards,
Rory

**Rory Radding**
Partner

15 W. 26th Street
7th Floor
New York, New York 10010
D 212.524.6053
rradding@mabr.com
mabr.com • bio



---

**From:** Erica Tritt <Erica@sladlaw.com>
**Sent:** Monday, November 25, 2024 2:45 PM
**To:** Rory Radding <RRadding@mabr.com>

**Cc:** Mandy Sattler <mandy@sladlaw.com>; Amy Lester-Drew <ALester-Drew@sladlaw.com>
**Subject:** DM Luxury, LLC's Use of MODERN LUXURY NASHVILLE Trademark

Dear Mr. Radding,

This firm represents DM Luxury, LLC with respect to this matter. Please see the attached response to your warning letter dated November 13, 2024.

Sincerely,

**Erica L. Tritt**
Partner | The Sladkus Law Group
1397 Carroll Drive | Atlanta, GA 30318
tel 404.252.0900 | direct 678.402.7812
website | map | email

**CAUTION:** External Sender

**CAUTION:** External Sender

**CAUTION:** External Sender

**CAUTION:** External Sender

**CAUTION:** External Sender

**CAUTION:** External Sender